# EXHIBIT C

## Case Information

Case Number: **C20220934**

Filing Date: 3/10/2022

Caption:

Judge: GARY J. COHEN

## Party Information

| Party Full Name | Party Role | Name Type | DOB |
|---|---|---|---|
| DAVID SALLEE | Plaintiff | True | |
| MEDTRONIC, INC. | Defendant | True | |
| MEDTRONIC USA, INC. | Defendant | True | |
| COVIDIEN, INC. | Defendant | True | |
| COVIDIEN HOLDING, INC. | Defendant | True | |
| COVIDIEN SALES LLC | Defendant | True | |

## Case/Document Information

| Document Type | Document SubType | Document Caption | File Date | Image |
|---|---|---|---|---|
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 5/17/2022 | Available at Courthouse |
| CourtNotice | Notice Of Impending Dismissal | NOTICE OF IMPENDING DISMISSAL | 5/17/2022 | Available |
| CourtNotice | Notice Of Impending Dismissal | NOTICE OF INADVERTENT MPENDING DISMISSAL | 5/17/2022 | Available |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 5/13/2022 | Available at Courthouse |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 5/13/2022 | Available at Courthouse |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 5/13/2022 | Available at Courthouse |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 5/13/2022 | Available at Courthouse |
| Affidavit | Affidavit Of Service | AFFIDAVIT OF SERVICE | 5/13/2022 | Available at Courthouse |

| Motion | Motion To Consolidate | Motion to Consolidate | 4/13/2022 | Available at Courthouse |
|---|---|---|---|---|
| Open | Petition & Complaint | Complaint | 3/10/2022 | Available at Courthouse |
| Misc | Documents/Records Filed | Civil Cover Sheet | 3/10/2022 | Available at Courthouse |
| Arbitration | Fastar Certificate | FASTAR Certificate | 3/10/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 3/10/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 3/10/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 3/10/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 3/10/2022 | Available at Courthouse |
| Summons | Summons/Subpoena | Summons | 3/10/2022 | Available at Courthouse |
| Receipt | All Money Receipts | All Money Receipts 3464260 | 3/10/2022 | Available at Courthouse |

# EXHIBIT D

FILED
Gary Harrison
CLERK, SUPERIOR COURT
3/10/2022 4:39:02 PM
BY: ALAN WALKER /S/
DEPUTY

**LEADER LAW FIRM**
405 W. Cool Drive, Suite 107
Tucson, AZ 85704
Phone (520) 575-9040
Fax (520) 575-9340

John P. Leader, Esq.
SBN 001511
Attorney for the Plaintiff

Case No. C20220934
HON. GARY J. COHEN

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## PIMA COUNTY

| | |
|---|---|
| DAVID SALLEE, on his own behalf and on behalf of statutory beneficiary Katherine Sallee,<br><br>        Plaintiff,<br><br>    v.<br><br>MEDTRONIC, INC., a foreign Arizona Corporation; MEDTRONIC USA, INC., a foreign corporation; COVIDIEN, INC., a foreign corporation; COVIDIEN HOLDING, INC., and COVIDIEN SALES, LLC, a foreign limited liability company;<br><br>        Defendants. | Case No:<br><br>COMPLAINT<br><br>(Wrongful Death-Product Liability)<br><br>(Assigned to the Hon._____) |

COME NOW, the Plaintiffs, by and through their attorney undersigned, and for their complaint against the Defendant, state, allege and complain as follows:

1.    David Salle, statutory Plaintiff, resides in Pima County, Arizona.  The acts and omissions complained of herein occurred in Pima County, State of Arizona and elsewhere.

2.    Plaintiff brings this action under Title 12, Ch. 6, Art. 2 of the Arizona

Revised Statutes ("Death by Wrongful Conduct") and pursuant to Title 12, Ch. 551 of the Arizona Revised Statutes ("Product Liability") and Title 12, Ch. 681, Arizona Revised Statutes.

3.    Defendants Medtronic, Inc., Medtronic USA, Inc., Covidien, Inc., Covidien Holding, Inc. (hereinafter collectively, "Medtronic") on information and belief licensed, doing business and providing products and/or services in the State of Arizona.

4.    Defendants Covidien Sales, LLC, (hereinafter collectively, "Medtronic") an Arizona Limited Liability Company on information and belief is licensed, doing business and providing products and/or services in the State of Arizona.

5.    The Medtronic Defendants and each of them have substantial and continuous ties to the State of Arizona such that personal jurisdiction applying Arizona's "long arm" statute is proper.

6.    On or about March 12, 2020, Decedent Judith Sallee underwent a robotic-assisted resection of the left upper lobe of the left lung performed by David A. Bull, M.D. at Banner University Medical Center Tucson.

7.    While performing this procedure, Dr. Bull utilized a ReliaCatch retrieval bag to secure the resected left upper lobe. Following insertion of the ReliaCatch retrieval bag to place the resected left upper lobe in the ReliaCatch bag, Judith Salle suffered a near-circumferential tear of

2

her main left pulmonary artery.

8.  Judith Sallee died as a direct result of this massive tear of her main left pulmonary artery.

9.  Following the surgery, lead surgeon Dr. David Bull stated to several people, including Plaintiffs, that a sharp edge or other dangerous condition on the Reliacatch bag cause the tear of Judith's artery.

10. If Dr. Bull's explanation of the arterial tear is correct, Defendants would have liability.

11. A related action, Cause No. C 2021 1049 is pending in the Superior Court of the State of Arizona, Pima County.

12. Plaintiff will move to consolidate the instant complaint with the pending action, such that removal of the instant action would be improper.

## COUNT ONE
(Negligence/Wrongful Death/Product Liability)

13. All previous paragraphs are incorporated herein, by reference.

14. Defendants are product manufacturers or sellers as defined in A.R.S. §12-681 and its Reliacatch bag is a product under that statute.

15. If the post-surgical allegations of Dr. David Bull set forth above are accurate, then the Reliacatch bag was negligently designed, was an unreasonably dangerous product as designed and failed to perform as an ordinary consumer would expect.

3

16.   Defendants owed Plaintiffs and their decedent a duty to manufacture, fabricate, design, assemble, distribute, buy, sell, inspect, service, repair, market, warrant, supply, modify, warn of defective conditions and/or otherwise provide the subject ReliaCatch retrieval bag in a reasonable manner.

17.   Plaintiffs upon information and belief, allege that at all times relevant hereto that Defendants knew or in exercise of due care should have known that the subject ReliaCatch retrieval bag was not manufactured, fabricated, designed, assembled, distributed, bought, sold, inspected, serviced, repaired, marketed, warranted, supplied, modified, or otherwise provided in a reasonable manner.

18.   If the post-surgical allegations of Dr. David Bull set forth above are accurate, Defendants negligently and carelessly designed, fabricated, manufactured, tested, assembled, inspected, distributed, marketed, sold, delivered and/or supplied the subject ReliaCatch retrieval bag: a) in a defective, unsafe and unreasonably dangerous condition; b) with a reasonably foreseeable defect and condition.

19.   The untimely and wrongful death of Judith Sallee was a direct and proximate result of the negligent acts and/or omissions of the Defendants.

20.   As a direct and proximate result of the negligence of the Defendants, Plaintiff David Sallee and the other statutory beneficiaries of decedent

4

Judith Sallee have suffered compensable wrongful death damages including but not limited to:

a) Loss of love, affection, companionship, care, protection, and guidance since the death and in the future;

b) Pain, grief, sorrow, anguish, stress, shock, and mental suffering already experienced, and reasonably probable to be experienced in the future

c) Potential loss of income and services, past and future;

d) Reasonable expenses of funeral and burial;

## COUNT TWO

### (Negligence/Strict Products Liability)

21.   All allegations set forth above are incorporated by reference as if fully set forth herein.

22.   If the post-surgical allegations of Dr. David Bull set forth above are accurate, Defendants designed, fabricated, manufactured, tested, assembled, inspected, distributed, marketed, sold, delivered and/or supplied the subject ReliaCatch retrieval bag: a) in a defective, unsafe and unreasonably dangerous condition; b) with a reasonably foreseeable defect.

23.   If the post-surgical allegations of Dr. David Bull set forth above are accurate, the defect and condition of the ReliaCatch retrieval bag while being inserted caused the near-circumferential tear of Judith Sallee's

main left pulmonary artery resulting in her death.

24. If the post-surgical allegations of Dr. David Bull set forth above are accurate, Defendants designed, fabricated, manufactured, tested, assembled, inspected, distributed, marketed, sold, delivered and/or supplied the subject ReliaCatch retrieval bag in a defective and unreasonably dangerous condition in that they failed to provide adequate warnings and/or instruction for safe use regarding a reasonably foreseeable defect and condition of the ReliaCatch retrieval bag.

25. As a direct and proximate result of the defective and unreasonably dangerous product provided by the Medtronic Defendants, David Sallee and the other statutory beneficiaries and survivors of Judith Sallee have sustained significant, permanent injuries and wrongful death damages.

26. As a direct and proximate result of the negligence of the Defendants, Plaintiff David Sallee and the other statutory beneficiaries of decedent Judith Sallee have suffered compensable wrongful death damages including but not limited to:

a) Loss of love, affection, companionship, care, protection, and guidance since the death and in the future;

b) Pain, grief, sorrow, anguish, stress, shock, and mental suffering already experienced, and reasonably probable to be experienced in the future;

6

c) Potential loss of income and services, past and future;

d) Reasonable expenses of funeral and burial;

WHEREFORE, Plaintiffs respectfully request that this Court grant them judgment against the Defendants, for:

1. Reasonable and fair compensatory damages;

2. Plaintiffs' costs of suit expended and accruing herein; and

3. Such other relief as the Court may deem appropriate.

Respectfully submitted this 10th day of March, 2022.


**LEADER LAW FIRM**

/s/ John P. Leader

John P. Leader, Esq.
*Attorney for Plaintiffs*

# EXHIBIT E

FILED
Gary Harrison
CLERK, SUPERIOR COURT
3/10/2022 4:39:02 PM
BY: ALAN WALKER /S/
DEPUTY

# In the Superior Court of the State of Arizona
# In and For the County of Pima

Case No. C20220934
HON. GARY J. COHEN

**Plaintiff's Attorney:**

John P Leader
Bar Number: 012511, issuing State: AZ
Law Firm: The Leader Law Firm
405 W. Cool Drive, Suite 107
Tucson, AZ 85704
Telephone Number: (520)575-9040
Email address: mbarr@leaderlawaz.com

**Plaintiff:**

David Sallee
Telephone Number: (520)229-6103
Email address: dksallaz@gmail.com

**Defendants:**

Medtronic, Inc.
c/o Corporation Service Company 8825 N. 23rd Ave, Ste 100
Phoenix, AZ 85021

Medtronic USA, Inc.
c/o Corporation Service Company 2338 W. Royal Palm Rd., Ste J
Phoenix, AZ 85021

Covidien, Inc.
c/o Corporation Service Company 8825 N. 23rd Ave., Ste 100
Phoenix, AZ 85021

Covidien Holding, Inc.
c/o Corporation Service Company 8825 N. 23rd Ave., Suite 100
Phoenix, AZ 85021

Covidien Sales LLC
c/o Corporation Service Company 2338 W Royal Palm Rd., Ste J
Phoenix, AZ 85021

Discovery Tier t3

AZTurboCourt.gov Form Set #6612259

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Product Liability - Toxic/Other

EXHIBIT F




### Pima County Clerk of Superior Court
### Tucson, Arizona

| | |
|---|---|
| Receipt Number: | 3464260 |

| | | | |
|---|---|---|---|
| Received for: | John P Leader | Date: | 3/10/2022 |
| Received from: | John P Leader | Case Number: | C20220934 |
| Amount Received: | $258.00 | Clerk Number: | 1,738 |

Caption:          DAVID SALLEE VS. MEDTRONIC, INC. ET AL.

Cash: $0.00          Check:  $0.00          Charge: $0.00          ACH: $258.00

*Begin Financial Docket*

 Civil Complaint          $258.00     PAID

*End Financial Docket*

Change Returned:   $0.00

Amount Refunded:   $0.00

EXHIBIT G

PERSON/ATTORNEY FILING: John P Leader
MAILING ADDRESS: 405 W. Cool Drive, Suite 107
CITY, STATE, ZIP CODE: Tucson, AZ 85704
PHONE NUMBER: (520)575-9040
E-MAIL ADDRESS: mbarr@leaderlawaz.com
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 012511, Issuing State: AZ

FILED
Gary Harrison
CLERK, SUPERIOR COURT
3/10/2022 4:39:02 PM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20220934
HON. GARY J. COHEN

## ARIZONA SUPERIOR COURT, PIMA COUNTY

David Sallee
Plaintiff(s),

V.

Medtronic, Inc., et al.
Defendant(s).

CASE NO: _____

**RULE 102a FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101b

and certifies that this case:

## (NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)

☐ **DOES** meet the eligibility criteria established by Rule 101b; or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101b.

Dated: _____

John P Leader /s/ _____
SIGNATURE

AzturboCourt.gov Form Set #6612259

# EXHIBIT H

Person/Attorney Filing: John P Leader
Mailing Address: 405 W. Cool Drive, Suite 107
City, State, Zip Code: Tucson, AZ 85704
Phone Number: (520)575-9040
E-Mail Address: mbarr@leaderlawaz.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012511, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

David Sallee
Plaintiff(s),
v.
Medtronic, Inc., et al.
Defendant(s).

Case No.  C20220934

**SUMMONS**

HON. GARY J. COHEN

To: Covidien Sales LLC

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 3/11/2022

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
            Deputy Clerk

AZturboCourt.gov Form Set #66122259

# EXHIBIT I

Person/Attorney Filing: John P Leader
Mailing Address: 405 W. Cool Drive, Suite 107
City, State, Zip Code: Tucson, AZ 85704
Phone Number: (520)575-9040
E-Mail Address: mbarr@leaderlawaz.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012511, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

David Sallee
Plaintiff(s),
v.
Medtronic, Inc., et al.
Defendant(s).

Case No.  C20220934

**SUMMONS**

HON. GARY J. COHEN

To: Covidien Holding, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress
   Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 3/11/2022

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
          Deputy Clerk

AZturboCourt.gov Form Set #6612259

# EXHIBIT J

Person/Attorney Filing: John P Leader
Mailing Address: 405 W. Cool Drive, Suite 107
City, State, Zip Code: Tucson, AZ 85704
Phone Number: (520)575-9040
E-Mail Address: mbarr@leaderlawaz.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012511, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

David Sallee
Plaintiff(s),
v.
Medtronic, Inc., et al.
Defendant(s).

Case No.  C20220934

**SUMMONS**

HON. GARY J. COHEN

To: Covidien, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress
    Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 3/11/2022

Gary Harrison
Clerk of the Superior Court

By:    ALAN WALKER /s/
            Deputy Clerk

AZturboCourt.gov Form Set #6612259

EXHIBIT K

Person/Attorney Filing: John P Leader
Mailing Address: 405 W. Cool Drive, Suite 107
City, State, Zip Code: Tucson, AZ 85704
Phone Number: (520)575-9040
E-Mail Address: mbarr@leaderlawaz.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012511, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

David Sallee
Plaintiff(s),
v.
Medtronic, Inc., et al.
Defendant(s).

Case No.  C20220934

**SUMMONS**

HON. GARY J. COHEN

To: Medtronic USA, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress
   Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 3/11/2022

Gary Harrison
Clerk of the Superior Court

By:   ALAN WALKER /s/
            Deputy Clerk

AZturboCourt.gov Form Set #6612259

2

EXHIBIT L

Person/Attorney Filing: John P Leader
Mailing Address: 405 W. Cool Drive, Suite 107
City, State, Zip Code: Tucson, AZ 85704
Phone Number: (520)575-9040
E-Mail Address: mbarr@leaderlawaz.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 012511, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

David Sallee
Plaintiff(s),
v.
Medtronic, Inc., et al.
Defendant(s).

Case No.  C20220934

**SUMMONS**

HON. GARY J. COHEN

To: Medtronic, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress
    Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PIMA



SIGNED AND SEALED This Date: 3/11/2022

Gary Harrison
Clerk of the Superior Court

By:    ALAN WALKER /s/
_____
            Deputy Clerk

# EXHIBIT M

FILED
Gary Harrison
CLERK, SUPERIOR COURT
4/13/2022 11:38:11 AM
BY: ARTHUR ROBLES /S/
DEPUTY

Case No. C20220934
HON. GARY J. COHEN

**LEADER LAW FIRM**
405 W. Cool Drive, Suite 107
Tucson, AZ 85704
Phone (520) 575-9040
Fax (520) 575-9340

John P. Leader, Esq.
SBN 001511
Attorney for the Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## PIMA COUNTY

| | |
|---|---|
| DAVID SALLEE, on his own behalf and on behalf of statutory beneficiary Katherine Sallee, <br><br> Plaintiff, <br><br> v. <br><br> THE ARIZONA BOARD OF REGENTS; THE STATE OF ARIZONA, <br><br> Defendants. | Case No: C20211049 <br> C20220934 & C20220957 <br><br> **MOTION TO CONSOLIDATE** <br><br> (The Hon. Kyle Bryson) |

Pursuant to Rule 42(a), Ariz. R. Civ. P., 16 A.R.S., plaintiff, David Sallee by and through undersigned counsel hereby requests that the above causes, C20211049, C20220934 and C20220957 be consolidated.   This motion is supported by the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS & AUTHORITIES

Arizona Rules of Civil Procedure 42(a) provides that, "If actions before the Court involve a common question of law or fact the Court may: (1) join for hearing

1   or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3)

2   issue any other orders to avoid unnecessary cost or delay.

3          Plaintiffs' decedent, Judith Sallee, died on March 12, 2020 following lung

4   surgery at Banner UMC.  Plaintiffs timely served an A.R.S. §12-821.01 claim notice,

5   as the patient's surgery involved University employees.  Plaintiff did not name any

6   individual defendants.

7          On the eve of the 2-year anniversary of Judith's death, Plaintiffs filed two new

8   lawsuits, both of which they wish to consolidate with the pending action.  First, on

9
10  March 10, 2022, Plaintiffs filed C 2022 0934 against Medtronic, Inc. (assigned to

11  Judge Cohen), alleging that a medical device may have caused or contributed to

12  Judith's death.  *See* Exhibit 2, Complaint Sallee v. Medtronic, Inc., et al.  Second, on

13  March 11, 2022, Plaintiffs filed C2022 0957, naming individual defendants Dr.

14  David Bull, Dr. Geena Wu and their respective marital communities. (assigned to

15  Judge Johnson).  *See* Exhibit 3, Complaint Sallee v. David A. Bull, M.D., et al.

16
17         All three causes of action arise out of the same incident and therefore involve

18  common questions of law and fact.  Plaintiff, David Sallee is the plaintiff in each of

19  the aforementioned causes arising out of the wrongful death of Judith Sallee on

20  March 12, 2020.

21         The incident involved multiple individuals and/or entities named in each cause

22  presenting the necessity of consolidation under Rule 42(a), Ariz. R. Civ. P. The suits

23  involved have the same liability, facts, issues, and witnesses.

24

25

                                        2

1    Additionally, consolidation will serve to avoid unnecessary costs or delay

2  associated with litigating three (3) separate lawsuits.

3    Respectfully submitted this 13th day of April, 2022.

4

5                          **LEADER LAW FIRM**
                           /s/ John P. Leader
6                          John P. Leader, Esq.
                           *Attorney for Plaintiffs*
7

8                     **CERTIFICATE OF SERVICE**

9  Electronically filed this 13th day of April, 2022 via AzTurbo Court.
10  Copies electronically served and transmitted this 13th day of April, 2022 to:

11  GinaMarie Slattery
    SLATTERY PETERSEN, LLC
12  5981 E. Grant Road, Suite 101
    Tucson, Arizona 85712
13  *Attorney for the Arizona Board of*
    *Regents and State of Arizona*
14

15  By:  /s/Samantha C. Lancelot

16

17

18

19

20

21

22

23

24

25

                                3

EXHIBIT N

| *Attorney or Party without Attorney:*<br>JOHN P LEADER (SBN 012511)<br>THE LEADER LAW FIRM<br>405 W. COOL DRIVE, SUITE 107<br>TUCSON , AZ 85704<br>*Telephone No:*<br><br>*Attorney For:* Plaintiff | | *FILED*<br>GARY L. HARRISON *For Court Use Only*<br>CLERK, SUPERIOR COURT<br><br>22 MAY 13 PM 2:23<br><br>DEPUTY<br>*Pamela Johnson* |
|---|---|---|
| | *Ref. No. or File No.:* C20220934 - SALLEE V MEDTRONIC | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>PIMA COUNTY SUPERIOR COURT | | |
| *Plaintiff:* DAVID SALLEE, on his own behalf and on behalf of statutory beneficiary KATHERINE SALLEE; ET AL.<br>*Defendant:* MEDTRONIC, INC., a foreign Arizona corporation; ET AL. | | |

| AFFIDAVIT OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div.:* | *Case Number:*<br>C20220934 |
|---|---|---|---|---|

1. *At the time of service I was at least 21 years of age and not a party to this action.*

2. I served copies of the
   SUMMONS; COMPLAINT; RULE 102a FASTAR CERTIFICATE;

3. *a. Party served:* COVIDIEN SALES, LLC
   *b. Person served:* Valjeana Begay, Service of Process Coordinator for CSC as Statutory Agent

4. *Address where the party was served:* 8825 N 23rd Ave # 100, Phoenix, AZ 85021

5. *I served the party:*
   a. by substituted service.  On: Wed, May 11 2022 at: 09:21 AM by leaving the copies with or in the presence of:
   Valjeana Begay, Service of Process Coordinator for CSC as Statutory Agent , Native American , Female , Age: 32 , Hair: Brown , Eyes: Brown , Height: 5'9" .

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

   Service: $26.25, Mileage: $0.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $36.25

   I Declare under penalty of perjury under the laws of the State of
   Arizona that the foregoing is true and correct.

6. *Person Executing:*
   *a.* Thomas Bennett Maricopa County Reg # 7574;
   *b.* FIRST LEGAL
   3737 North 7th. Street Suite 209
   PHOENIX, AZ 85014
   *c.* (602) 248-9700

   _____05/13/2022_____          _____
            *(Date)*                          *(Signature)*

7. *STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this 13 day of May, 2022 by*
   *Thomas Bennett (Maricopa County Reg # 7574) proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

   _____
          *(Notary Signature)*


ANGELITA ZUNIGA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 555758
MY COMMISSION EXPIRES
DECEMBER 05, 2022


FIRST LEGAL

AFFIDAVIT OF
SERVICE

7061135
(35235217)

EXHIBIT O

FILED

GARY L. HARRISON
CLERK, SUPERIOR COURT

22 MAY 13 PM 2: 23

BY _____
DEPUTY
Pamela Johnson

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JOHN P LEADER (SBN 012511)<br>THE LEADER LAW FIRM<br>405 W. COOL DRIVE, SUITE 107<br>TUCSON , AZ 85704<br>*Telephone No:* | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* C20220934 - SALLEE V<br>MEDTRONIC |

*Insert name of Court, and Judicial District and Branch Court:*
PIMA COUNTY SUPERIOR COURT

*Plaintiff:* DAVID SALLEE, on his own behalf and on behalf of statutory beneficiary KATHERINE
SALLEE; ET AL.
*Defendant:* MEDTRONIC, INC., a foreign Arizona corporation; ET AL.

| AFFIDAVIT OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C20220934 |
|---|---|---|---|---|

1.  *At the time of service I was at least 21 years of age and not a party to this action.*

2.  I served copies of the
    SUMMONS; COMPLAINT; RULE 102a FASTAR CERTIFICATE;

3.  *a.  Party served:*   MEDTRONIC USA, INC.
    *b.  Person served:*   Valjeana Begay, Service of Process Coordinator for CSC as Statutory Agent

4.  *Address where the party was served:*   8825 N 23rd Ave # 100, Phoenix, AZ 85021

5.  *I served the party:*
    a. by substituted service.   On: Wed, May 11 2022 at: 09:21 AM by leaving the copies with or in the presence of:
    Valjeana Begay, Service of Process Coordinator for CSC as Statutory Agent , Native American , Female , Age: 32 , Hair:
    Brown , Eyes: Brown , Height: 5'9" .

    (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

    Service: $26.25, Mileage: $0.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $36.25

                                                            I Declare under penalty of perjury under the laws of the State of
                                                            Arizona that the foregoing is true and correct.

6. *Person Executing:*
    *a.* Thomas Bennett Maricopa County Reg # 7574;
    b. FIRST LEGAL
       3737 North 7th. Street Suite 209
       PHOENIX, AZ 85014
    c. (602) 248-9700

                                    _____          _____
                                    05/13/2022                *(Signature)*
                                    *(Date)*

7.  STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this *13* day of *May, 2022* by
    Thomas Bennett (Maricopa County Reg # 7574) proved to me on the basis of satisfactory evidence to be the person who appeared before me.

                                    _____
                                    *(Notary Signature)*



                    AFFIDAVIT OF
                    SERVICE



ANGELITA ZUNIGA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 555758
MY COMMISSION EXPIRES
DECEMBER 05, 2022

7061123
(35235218)

EXHIBIT P

| Attorney or Party without Attorney:<br>JOHN P LEADER (SBN 012511)<br>THE LEADER LAW FIRM<br>405 W. COOL DRIVE, SUITE 107<br>TUCSON , AZ 85704<br>_Telephone No:_<br><br>Attorney For:  Plaintiff | | _FILED_<br>GARY L. HARRISON<br>CLERK, SUPERIOR COURT<br><br>22 MAY 13 PH 2:23<br><br>BY_____<br>_DEPUTY_<br>_Pamela Johnson_ |
|---|---|---|
| | Ref. No. or File No.:  C20220934 - SALLEE V<br>MEDTRONIC | |
| Insert name of Court, and Judicial District and Branch Court:<br>PIMA COUNTY SUPERIOR COURT | | |
| Plaintiff:  DAVID SALLEE, on his own behalf and on behalf of statutory beneficiary KATHERINE<br>SALLEE; ET AL.<br>Defendant:  MEDTRONIC, INC., a foreign Arizona corporation; ET AL.. | | |

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C20220934 |
|---|---|---|---|---|

1.  *At the time of service I was at least 21 years of age and not a party to this action.*

2.  I served copies of the
    SUMMONS; COMPLAINT; RULE 102a FASTAR CERTIFICATE;

3.  *a.  Party served:*   COVIDIEN HOLDING, INC.
    *b.  Person served:*   Valjeana Begay, Service of Process Coordinator for CSC as Statutory Agent

4.  *Address where the party was served:*   8825 N 23rd Ave # 100, Phoenix, AZ 85021

5.  *I served the party:*
    a. by substituted service.   On: Wed, May 11 2022 at : 09:21 AM by leaving the copies with or in the presence of:
    Valjeana Begay, Service of Process Coordinator for CSC as Statutory Agent , Native American , Female , Age: 32 , Hair:
    Brown , Eyes: Brown , Height: 5'9" .

    (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

    Service: $26.25, Mileage: $0.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $36.25

    I Declare under penalty of perjury under the laws of the State of
    Arizona that the foregoing is true and correct.

6.  *Person Executing:*
    *a.* Thomas Bennett Maricopa County Reg # 7574;
    *b.* FIRST LEGAL
    3737 North 7th. Street Suite 209
    PHOENIX, AZ 85014
    *c.* (602) 248-9700

    05/13/2022
    _____
    (Date)

    _Thomas Bennett_
    _____
    (Signature)

7.  *STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this 13 day of May, 2022 by*
    *Thomas Bennett (Maricopa County Reg # 7574) proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

    _Angelita Zuniga_
    _____
    (Notary Signature)





ANGELITA ZUNIGA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 555798
MY COMMISSION EXPIRES
DECEMBER 05, 2022

AFFIDAVIT OF
SERVICE

7061145
(35235215)

# EXHIBIT Q

FILED
Here Court Use Only.
GARY L. HARRISON
CLERK SUPERIOR COURT

22 MAY 13 PM 2: 23

BY _____
DEPUTY
Pamela Johnson

| | |
|---|---|
| Attorney or Party without Attorney:<br>JOHN P LEADER (SBN 012511)<br>THE LEADER LAW FIRM<br>405 W. COOL DRIVE, SUITE 107<br>TUCSON , AZ 85704<br>Telephone No:<br><br>Attorney For:  Plaintiff | |
| Ref. No. or File No.:  C20220934 - SALLEE V<br>MEDTRONIC . | |

Insert name of Court, and Judicial District and Branch Court:
PIMA COUNTY SUPERIOR COURT

Plaintiff:  DAVID SALLEE, on his own behalf and on behalf of statutory beneficiary KATHERINE
SALLEE; ET AL.
Defendant:  MEDTRONIC, INC., a foreign Arizona corporation; ET AL.

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C20220934 |
|---|---|---|---|---|

1.  *At the time of service I was at least 21 years of age and not a party to this action.*

2.  I served copies of the
    SUMMONS; COMPLAINT; RULE 102a FASTAR CERTIFICATE;

3.  *a.  Party served:*     MEDTRONIC, INC,
    *b.  Person served:*   Valjeana Begay, Service of Process Coordinator for CSC as Statutory Agent

4.  *Address where the party was served:*   8825 N 23rd Ave # 100, Phoenix, AZ 85021

5.  *I served the party:*
    a. by substituted service.   On: Wed, May 11 2022 at: 09:21 AM by leaving the copies with or in the presence of:
        Valjeana Begay, Service of Process Coordinator for CSC as Statutory Agent , Native American , Female , Age: 32 , Hair:
        Brown , Eyes: Brown , Height: 5'9" .

    (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

    Service: $26.25, Mileage: $24.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $60.25

                                                                                    I Declare under penalty of perjury under the laws of the State of
                                                                                    Arizona that the foregoing is true and correct.

6. *Person Executing:*
    *a.* Thomas Bennett Maricopa County Reg # 7574;
    *b.* FIRST LEGAL
    *   3737 North 7th. Street Suite 209
        PHOENIX, AZ 85014
    *c.* (602) 248-9700

                    05/13/2022                                    _____
                    _____                              *(Signature)*
                        *(Date)*

7.  *STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this 13 day of May, 2022 by
    Thomas Bennett (Maricopa County Reg # 7574) proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

                                                                    _____
                                                                    *(Notary Signature)*



ANGELITA ZUNIGA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 555798
MY COMMISSION EXPIRES
DECEMBER 05, 2022


FIRSTLEGAL

                            AFFIDAVIT OF
                            SERVICE

7061120
(35235214)

EXHIBIT R

| Attorney or Party without Attorney: | | | | FILED |
|---|---|---|---|---|

Attorney or Party without Attorney:
JOHN P LEADER (SBN 012511)
THE LEADER LAW FIRM
405 W. COOL DRIVE, SUITE 107
TUCSON, AZ 85704
*Telephone No:*

*Attorney For:* Plaintiff

*Ref. No. or File No.:* C20220934 - SALLEE V MEDTRONIC

FILED
GARY L. HARRISON
CLERK, SUPERIOR COURT

22 MAY 13 PH 2:23

BY _____
DEPUTY

Pamela Johnson

*Insert name of Court, and Judicial District and Branch Court:*
PIMA COUNTY SUPERIOR COURT

*Plaintiff:* DAVID SALLEE, on his own behalf and on behalf of statutory beneficiary KATHERINE SALLEE; ET AL.
*Defendant:* MEDTRONIC, INC., a foreign Arizona corporation; ET AL.

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: C20220934 |
|---|---|---|---|---|

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
   SUMMONS; COMPLAINT; RULE 102a FASTAR CERTIFICATE;

3. *a. Party served:*   COVIDIEN, INC.
   *b. Person served:*   Valjeana Begay, Service of Process Coordinator for CSC as Statutory Agent

4. *Address where the party was served:*   8825 N 23rd Ave # 100, Phoenix, AZ 85021

5. *I served the party:*
   a. by substituted service.   On: Wed, May 11 2022 at: 09:21 AM by leaving the copies with or in the presence of:
      Valjeana Begay, Service of Process Coordinator for CSC as Statutory Agent , Native American , Female , Age: 32 , Hair: Brown , Eyes: Brown , Height: 5'9" .

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

   Service: $26.25, Mileage: $0.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $36.25

   I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Thomas Bennett Maricopa County Reg # 7574;
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

   _____05/13/2022_____          _____Thomas Bennett_____
   *(Date)*                          *(Signature)*

7. STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this 13 day of May, 2022 by Thomas Bennett (Maricopa County Reg # 7574) proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   _____Angelita Zuniga_____
   *(Notary Signature)*



AFFIDAVIT OF
SERVICE



ANGELITA ZUNIGA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 555798
MY COMMISSION EXPIRES
DECEMBER 05, 2022

7061132
(35235216)

EXHIBIT S

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

DAVID SALLEE VS. MEDTRONIC, INC. ET AL.

Case:   C20220934
Date:   5/13/2022

*************************************************************************************************************

NOTICE RE: IMPENDING DISMISSAL

It appearing that service of summons and complaint has not been made upon the defendant(s) listed below,

YOU ARE HEREBY NOTIFIED THAT the action will be dismissed without prejudice AS TO THE DEFENDANT(S) LISTED BELOW without further notice after 30 days from the date of this notice, unless good cause is shown why service was not made within the time limits established by Rule 4, Arizona Rules of Civil Procedure, and that additional time should be granted within which to accomplish service.

If you have reason to believe this notice has been issued in error please call
**Case Management Services, Dismissal Desk, at 520-724-3551.**

BY:   RICHARD NUNEZ
Case Management Services

*************************************************************************************************************

| PLAINTIFF | VS | DEFENDANT |
|---|---|---|
| SALLEE, DAVID | | MEDTRONIC, INC.<br>MEDTRONIC USA, INC.<br>COVIDIEN, INC.<br>COVIDIEN HOLDING, INC.<br>COVIDIEN SALES LLC |

cc:   JOHN P. LEADER, ESQ.

# EXHIBIT T

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

DAVID SALLEE VS. MEDTRONIC, INC. ET AL.

Case:    C20220934
Date:    5/17/2022

*************************************************************************************************************

NOTICE RE: INADVERTENT IMPENDING DISMISSAL

Please take notice that this case is NOT subject to dismissal due to no service, such notice having been inadvertently issued.

If you have any questions or concerns, please call Case Management Services, Dismissal Desk, at 520-724-3551.

BY:    Ana Castro
_____
       Case Management Services

| PLAINTIFF | VS | DEFENDANT |
|---|---|---|
| SALLEE, DAVID | | MEDTRONIC, INC.<br>MEDTRONIC USA, INC.<br>COVIDIEN, INC.<br>COVIDIEN HOLDING, INC.<br>COVIDIEN SALES LLC |

cc:    JOHN P. LEADER, ESQ.

# EXHIBIT U

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JOHN P LEADER (SBN 012511)<br>THE LEADER LAW FIRM<br>405 W. COOL DRIVE, SUITE 107<br>TUCSON , AZ 85704<br>Telephone No: | | FILED<br><br>22 MAY 17 AM 10: 25<br><br>J. ORR, DEPUTY |
| Attorney For:  Plaintiff | Ref. No. or File No.:  C20220934 - SALLEE V MEDTRONIC | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| PIMA COUNTY SUPERIOR COURT |

| Plaintiff: | DAVID SALLEE, on his own behalf and on behalf of statutory beneficiary KATHERINE SALLEE; ET AL. |
|---|---|
| Defendant: | MEDTRONIC, INC., a foreign Arizona corporation; ET AL. |

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C20220934 |
|---|---|---|---|---|

1.  *At the time of service I was at least 21 years of age and not a party to this action.*

2.  I served copies of the
    SUMMONS; COMPLAINT; RULE 102a FASTAR CERTIFICATE;

3.  *a.  Party served:*   COVIDIEN HOLDING, INC.
    *b.  Person served:*   Valjeana Begay, Service of Process Coordinator for CSC as Statutory Agent

4.  *Address where the party was served:*   8825 N 23rd Ave # 100, Phoenix, AZ 85021

5.  *I served the party:*
    a. by substituted service.   On: Wed, May 11 2022 at: 09:21 AM by leaving the copies with or in the presence of:
    Valjeana Begay, Service of Process Coordinator for CSC as Statutory Agent , Native American , Female , Age: 32 , Hair: Brown , Eyes: Brown , Height: 5'9" .

    (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

    Service: $26.25, Mileage: $0.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $36.25

    I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6.  *Person Executing:*
    *a.* Thomas Bennett Maricopa County Reg # 7574;
    b. FIRST LEGAL
       3737 North 7th. Street Suite 209
       PHOENIX, AZ 85014
    c. (602) 248-9700



| 05/13/2022 | |
|---|---|
| *(Date)* | *(Signature)* |

7.  *STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this 13 day of May, 2022 by Thomas Bennett (Maricopa County Reg # 7574) proved to me on the basis of satisfactory evidence to be the person who appeared before me.*



*(Notary Signature)*



AFFIDAVIT OF SERVICE

ANGELITA ZUNIGA<br>NOTARY PUBLIC - ARIZONA<br>MARICOPA COUNTY<br>COMMISSION # 565798<br>MY COMMISSION EXPIRES<br>DECEMBER 05, 2022

7061145
(35235215)

EXHIBIT V

Aaron J. Lockwood (025599)
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100
lockwooda@gtlaw.com

*Attorneys for Defendant Medtronic, Inc.,*
*Medtronic USA Inc., Covidien Holding, Inc.*
*and Covidien Sales LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Sallee, on his own behalf and on behalf of statutory beneficiary Katherine Sallee,<br><br>Plaintiff,<br><br>v.<br><br>Medtronic, Inc., a foreign corporation; Medtronic USA, Inc., a foreign corporation; Covidien, Inc., a foreign corporation; Covidien Holding, Inc., a foreign corporation; and Covidien Sales, LLC, a foreign limited liability company,<br><br>Defendants. | No.<br><br>**DECLARATION OF AARON J. LOCKWOOD IN SUPPORT OF DEFENDANTS MEDTRONIC, INC., MEDTRONIC USA, INC., COVIDIEN HOLDING, INC., AND COVIDIEN SALES LLC'S NOTICE OF REMOVAL** |

I, Aaron J. Lockwood, declare as follows:

1.     I am an attorney duly licensed to practice law before all courts of the State of Arizona and the United States District Court for the District of Arizona. I am Of Counsel with the law firm of Greenberg Traurig, LLP, attorneys for Defendants Medtronic, Inc., Medtronic USA, Inc., Covidien Holding, Inc.,[1] and Covidien Sales LLC (collectively, "the Medtronic Defendants").

---

[1] Covidien, Inc. is improperly named as a defendant in this case. Covidien, Inc. changed its name to Covidien Holding, Inc. on August 29, 2012. "Covidien, Inc." is not a legally recognized entity.

65419110

2.      I make this Declaration in support of the Medtronic Defendants' Notice of Removal (the "Notice"). Unless stated otherwise, I have personal knowledge of the matters set forth here and, if called on to do so, I could and would testify competently to them.

3.      The document attached to the Notice as Exhibit C is a copy of the online state court docket for this action as of June 9, 2022.

4.      The documents attached to the Notice as Exhibit D through Exhibit U are true and complete copies of all publicly available documents filed in the state court proceeding being removed to this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 9th day of June 2022.


By: _____
       Aaron J. Lockwood

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

65419110

EXHIBIT W

FILED
GARY L. HARRISON
CLERK, SUPERIOR COURT
5/2/2022 11:27:36 AM
CASE C20211049

1   **LEADER LAW FIRM**
    405 W. Cool Drive, Suite 107
2   Tucson, AZ 85704
    Phone (520) 575-9040
3   Fax (520) 575-9340

4   John P. Leader, Esq.
    SBN 001511
5   Attorney for the Plaintiff

6

7   **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
    **PIMA COUNTY**

8

| | |
|---|---|
| 9  DAVID SALLEE, on his own behalf and on behalf of statutory beneficiary Katherine Sallee, ) ) ) ) | |
| 10 | Case No: C20211049 C20220934 & C20220957 |
| 11 Plaintiff, ) ) | |
| | **ORDER RE: MOTION TO** |
| 12 v. ) ) | **CONSOLIDATE** |
| 13 THE ARIZONA BOARD OF REGENTS; THE STATE OF ) ) | |
| 14 ARIZONA, ) ) | (The Hon. Kyle Bryson) |
| 15 Defendants. ) | |

16

17      Having considered plaintiff, David Sallee's Motion to Consolidate the above-

18  mentioned causes of action and there being good cause showing:

19      IT IS ORDERED that cause numbers C20211049, C20220934 and

20  C20220957 are hereby consolidated into case number C20211049 for all further

21  proceedings.

22  / / /

23  / / /

24

25

1         IT IS FURTHER ORDERED that all pleadings from C20220934 and

2   C20220957 be transferred to C20211049.

3         DONE this 2nd day of May, 2022.

4

5

6

7   HON. KYLE BRYSON

       (ID: fdafb9f8-430c-4971-ac84-2dce30fce1f1)

8

9

10

11

12   **CERTIFICATE OF SERVICE**

13   Electronically filed this ___ day of _____, 2022 via AzTurbo Court.
    Copies electronically served and transmitted this ___ day of _____, 2022 to:

14

15   John P. Leader
    THE LEADER LAW FIRM

16   405 W. Cool Drive, Ste 107
    Tucson, Arizona 85704

17   *Attorney for Plaintiff*

18   GinaMarie Slattery
    SLATTERY PETERSEN, LLC

19   5981 E. Grant Road, Suite 101
    Tucson, Arizona 85712

20   *Attorney for the Arizona Board of*
    *Regents and State of Arizona*

21

22   By: /s/ _____

23

24

25

2